**Order filed May 24, 2022.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-22-00236-CV

———————

**CHASE MICHAEL RICHARD, Appellant**

**V.**

**CHASE LANGSTON WIATT, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-51540**

# O R D E R

The notice of appeal in this case was filed April 1, 2022. The clerk responsible for preparing the record notified this court that appellant had not made payment for the clerk's record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On May 3, 2022, this court notified appellant that the appeal was subject to dismissal unless he filed a response with proof of payment for the clerk's record. No response was filed demonstrating the clerk's record had been paid for. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he has made arrangements to pay for the clerk's record on or before June 14, 2022. *See* Tex. R. App. P. 35.3(c).  If appellant fails to do so, the appeal may be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.